# Executive Grant of Clemency

**AFTER CONSIDERING** the applications for executive clemency of the following named persons and a letter from the Department of Justice recommending executive clemency in each case, I hereby grant full and unconditional pardons to the following named persons for those offenses against the United States described in each such recommendation:

Ryan Michael Ashbrook

Robert Spencer Baines

Roy Darrell Benson

Theresa Marie Bishop,
    aka Teresa Clark

Tavia Dion Blume

Bob Edward Bone

Philip Stephen Brown,
    aka Phil Brown

Jesse Daniel Burgher,
    aka Jessie Burgher

Caryn Lynn Camp,
    fka Caryn Camp-Kenworthy

Randy Dale Cantu

James Randolph Carter

Dolly Ann Chamberlain,
    fka Dolly Ann Taylor

Tietti Onette Chandler,
    fka Tietti Chandler-Shelton

Larry Wayne Childress, Jr.

Kristi Lynn Coe,
    aka Kristi Lynn Coe-Hagan
    and fka Kristi Hinshaw

Melissa Rae Conley,
    fka Melissa Faith

Christopher John Darville

Amanda Kucharski DeBlauw,
    fka Amanda Richmond

Lehi Victoria Dickey,
    aka Lahi Dickey
    and fka Lehi Dickey Bryant

Ronald Lee Eyler

Michael Anthony Facchiano, Jr.

Theresa Renee Gardley,
    fka Theresa Renee Naper
    and Theresa Renee Thornton

Karim Riad Georgy

Donald Lee Gilbert

Pamela Ann Golemba

Richard Allen Graham

Bobby Joseph Guidry,
    aka Bob Guidry

Edward John Hartman

William Bernie Heckle, Jr.,
    aka Billy Heckle

Juleen Nicole Henry

James Ralph Hoeckelman

Ralph Allen Hoekstra,
    aka Ralph Alan Hoekstra

Samuel Wesley Howze,
    aka Sala Udin

Herman Lamont Jackson

Mark Edward Johnson
Cathy Mae Jones,
   fka Cathy Mae Bennett
Fabius Romero Jones
Ricky Eugene Jones
James Harold Keaton
Dean Robert Kondo
Mary Ann Krauser,
   fka Mary Ann Iron Shield
Emmanuel Gabriel Leeper
Keith Alan Little
Victoria Hunter Lowe
Dawn Mascari,
   fka Dawn Steponavich
James Willie McGrady, Jr.
John Frederick McNeely, Jr.
Kenneth Shannon Meadows,
   aka Kenny Shannon Meadows
Roger Delos Melius
Samuel Nyamongo Mongare
Steven Odell Moon
George Bernard Moran
Thomas Whitfield Morris, Jr.
Christopher Muratore
Serena Denise Nunn
Francis Joseph O'Hara, Sr.
James Allen Palmatier

Allen Wayne Parker
Robert Allen Petty
Benjamin Ramos
Erica Renee Ramos,
   fka Erica Renee DeVore
   and Erica Renee Ramirez
Doretha Doreen Rhone
Adam Philip Ricciardiello
Ramon Escalera Sanchez
Bryan Scot Sandquist
Heidi Kay Schmidt,
   fka Heidi Kay Watt
Allen Thompson Sherwood
Kaseen Lathell Simmons,
   aka Ceno Smith
Brenda Lorene Sinclair,
   fka Brenda Lorene Pontius
Michael Slavinsky
Richard Earl Smout
Robin Shelley Soodeen
Pamela Joy Stokes
Joseph Eugene Swies
Shari Dee Trompke
Jessica Ann Tyson,
   fka Jessica Ann Martin
Robert Steven Warden
Vera Mae Yurisich

   **I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to sign each grant of clemency to the persons named herein. The Pardon Attorney shall declare that her action is the act of the President, being performed at my direction.

IN TESTIMONY WHEREOF, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Nineteenth day of December in the year of our Lord Two thousand and sixteen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**